Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER

FILED
2025 SEP -3 PM
CLERK
CENTRAL
LOS AN
BY: rsm

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br> Plaintiff, <br> vs. <br> TRANSUNION, LLC., <br> Defendant. | Case No.: **2:25-CV-08328-PA-AJRx** <br><br> **COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT** <br><br> **(Jury Trial Demanded)** |

## INTRODUCTION

1. This is an action for damages and declaratory relief brought by Plaintiff against **TransUnion LLC**, a nationwide consumer reporting agency, for violations of the **Fair Credit Reporting Act** ("FCRA"), 15 U.S.C. § 1681 et seq.

2. The FCRA gives consumers the right to obtain a **full file disclosure** from consumer reporting agencies, requiring disclosure of all information in the consumer's file at the time of the request. See 15 U.S.C. § 1681g(a)(1).

3. Plaintiff made multiple lawful requests for his complete file disclosure from TransUnion.

Despite these requests, TransUnion failed to provide the required information, instead furnishing only a limited consumer credit report that excluded internal data, suppressed information, and other records maintained in Plaintiff's file.

4. Plaintiff attempted to resolve the matter outside of court by serving a **pre-arbitration demand** and then filing for arbitration with the **American Arbitration Association (AAA)**. On September 2, 2025, AAA issued a letter declining to administer the claim because TransUnion had removed itself from the AAA Consumer Clause Registry and refused to comply with AAA's Consumer Due Process Protocol.

5. As a result, Plaintiff has no remaining forum but this Court to enforce his rights. Plaintiff seeks statutory, actual, and punitive damages, as well as declaratory relief, for TransUnion's willful and/or negligent violations of the FCRA.

## I. JURISDICTION AND VENUE

6. This action arises under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

7. Jurisdiction is proper under 28 U.S.C. § 1331 because this case involves federal law.

8. Venue is proper in the Central District of California under 28 U.S.C. § 1391(b) because Plaintiff resides in this District and Defendant conducts substantial business here.

## II. PARTIES

9. Plaintiff **Artis-Ray: Cash Jr.** is a natural person and consumer within the meaning of 15 U.S.C. § 1681a(c), residing in Los Angeles, California.

10. Defendant **TransUnion LLC** is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f), headquartered at 555 West Adams Street, Chicago, Illinois.

## III. FACTUAL ALLEGATIONS

11. Under 15 U.S.C. § 1681g(a)(1), a consumer reporting agency must, upon request, "clearly and accurately disclose to the consumer all information in the consumer's file at the time of the request."

12. Between January 8, 2025 and March 17, 2025, Plaintiff made **multiple lawful requests** to TransUnion for a complete "file disclosure" as required by law.

13. Instead of providing a full disclosure, TransUnion repeatedly sent **partial consumer reports** that failed to include all information in Plaintiff's file, such as internal codes, suppressed data, archived records, vendor/affiliate information, and dispute history.

14. On **July 25, 2025**, Plaintiff served TransUnion with a **Pre-Arbitration Demand** letter, giving until **August 11, 2025** to provide a full disclosure and resolve the matter.

15. TransUnion failed to comply with that deadline.

16. On **August 13, 2025**, Plaintiff filed an arbitration demand with the **American Arbitration Association (AAA)** pursuant to the arbitration clause TransUnion imposes on consumers.

17. On **September 2, 2025**, AAA issued a formal notice (Case No. 01-25-0003-8613) stating that it was **declining to administer Plaintiff's claim** because TransUnion had failed to comply with AAA's **Consumer Due Process Protocol** and had removed itself from the AAA

Consumer Clause Registry.

18. AAA administratively closed the case and refunded Plaintiff's filing fee.

19. Plaintiff has therefore exhausted his attempts to resolve this matter outside of court.

20. TransUnion's failure to provide the required file disclosure is a **willful and/or negligent violation** of the FCRA.

## IV. CLAIM FOR RELIEF

**Violation of the FCRA – 15 U.S.C. § 1681g(a)(1)**

21. Plaintiff incorporates all prior paragraphs as if fully set forth herein.

22. TransUnion violated 15 U.S.C. § 1681g(a)(1) by failing to provide Plaintiff with a complete and legally compliant disclosure of all information in his file.

23. Defendant's conduct was willful, entitling Plaintiff to statutory damages, punitive damages, and attorney's fees under 15 U.S.C. § 1681n. In the alternative, Defendant was negligent, entitling Plaintiff to actual damages under 15 U.S.C. § 1681o.

## V. DAMAGES

24. Plaintiff has suffered **confusion, frustration, emotional distress, and loss of trust** in the accuracy and transparency of TransUnion's reporting practices.

25. Plaintiff seeks:

- Statutory damages up to $1,000 under §1681n(a)(1)(A);

- Actual damages for emotional distress and harm caused;
- Punitive damages for willful noncompliance;
- Costs of this action and any further relief the Court deems proper.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

A. For statutory damages, actual damages, punitive damages, and costs as allowed under the FCRA;

B. For declaratory relief requiring TransUnion to provide a complete file disclosure in compliance with 15 U.S.C. § 1681g(a)(1);

C. For such other relief as this Court deems just and proper.

**Demand for Jury Trial**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: September 2, 2025

*/s/ Artis Ray Cash Jr.*

**Artis-Ray: Cash Jr.**

Plaintiff, Pro Se



1101 Laurel Oak Road
Voorhees, NJ 08043

# EXHIBIT A

September 2, 2025

Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400
Private Mailbox 1211
Los Angeles, CA 90013
Via Email to: Artiscashjr@yahoo.com

Timothy R. Carwinski, Esq.
Reed Smith, LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
Via Email to: Tcarwinski@reedsmith.com

Case Number: 01-25-0003-8613

Artis-Ray: Cash Jr.
-vs-
TransUnion, LLC

Dear Parties:

The Claimant has filed with us a Demand for Arbitration. We note that the arbitration clause provides for arbitration by the American Arbitration Association ("AAA").

Prior to the filing of this arbitration, TransUnion, LLC failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, and/or removed themselves from the Consumer Clause Registry, which can be found on our web site, www.adr.org/clauseregistry. Accordingly, we must decline to administer this claim and any other claims between this business and its consumers at this time.

Please note that the AAA reviews the relevant arbitration agreement for material compliance with the Protocol and the Consumer Rules for cases proceeding under the Consumer Rules. The AAA's review is administrative; it is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

We have administratively closed our file and will refund any payment received by the filing party. According to R-10(b) of the Consumer Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

If you believe we have declined this matter in error, please email ConsumerFiling@adr.org.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 3 months after the date of this letter.

Exhibit A

If the business advises the AAA in the future of its intention to comply with the AAA's Consumer Rules and Protocol and, if applicable, resolves any outstanding payment obligations, the AAA may consider accepting newly filed consumer cases going forward at its sole discretion. Therefore, if the business wishes for the AAA to consider accepting consumer disputes going forward, the business must, at a minimum, register its clause on the Consumer Clause Registry on our website, www.adr.org/clauseregistry. Upon completion of the registration process and confirmation from the AAA that the business is now active on the Consumer Clause Registry, the business is responsible for informing all parties to previously declined AAA matters of their updated status. For a previously declined AAA matter, the Claimant may proceed in the appropriate court per R-10(b) of the Consumer Rules. However, the AAA will administer the previously declined matter if, at the Claimant's sole discretion, the Claimant chooses to re-file their claim with the AAA. The AAA will also abide by any court order directing how the underlying arbitration should or should not proceed.

Sincerely,
Consumer Filing Team
ConsumerFiling@adr.org
Fax: (877) 304-8457

# EXHIBIT B

**Artis-Ray: Cash Jr.**

453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Date: August 13, 2025

**TransUnion LLC**
Attn: Legal Department
555 W. Adams Street
Chicago, IL 60661

**Re:** AAA Arbitration Demand – Violation of 15 U.S.C. § 1681g(a)(1)

To Whom It May Concern:

This is a **formal demand for arbitration** pursuant to the arbitration agreement contained in your consumer terms of service and in accordance with the rules of the **American Arbitration Association (AAA)**.

On multiple occasions, I lawfully requested my **full file disclosure** under **15 U.S.C. § 1681g(a)(1)**. Despite these requests, and despite my **formal pre-arbitration demand dated July 25, 2025**, TransUnion failed to provide a complete disclosure by the **August 11, 2025 deadline**.

Instead, TransUnion sent only **vague communication** that was not critical categories of information, including but not limited to:

- Internal data, codes, and audit trails
- Archived or suppressed account information
- Vendor/affiliate data maintained in your file
- Dispute history and notations
- Information provided to scoring models

This omission constitutes a **willful violation** of the Fair Credit Reporting Act (FCRA), entitling me to statutory damages, actual damages for emotional distress and loss of use of credit, punitive damages, and costs.

**Claim Amount:** $25,000

**Relief Sought:**

1. A complete and legally compliant full file disclosure; and
2. Damages in the amount of $25,000, inclusive of statutory, actual, and punitive damages.

Exhibit B

Pursuant to the applicable arbitration agreement, AAA's Consumer Arbitration Rules apply, and TransUnion is responsible for all filing fees beyond my initial filing fee.

Sincerely,
**Artis-Ray: Cash Jr.**

2

# EXHIBIT C

*** 442128937 115 ***

02/24/2025


Information for Good.

Find an inaccuracy on your report?
Submit your dispute online at
http://transunion.com/disputeonline

ARTIS RAY CASH JR
453 S SPRING ST STE 400
PMB 1211
LOS ANGELES, CA 90013 2074

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs

Exhibit C

```
*** 457507921 009 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094 0805
```

03/27/2025



Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

```
PLLQ9K0020001B-1000307 233073826
ARTIS RAY CASH JR
453 S SPRING ST STE 400
LOS ANGELES, CA 90013-2074
```

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, 24 hours a day, 7 days a week. You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .





2